IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-40069
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS JOSÉ ESCOBAR;
MANUEL GUERRA,

Defendants-Appellants.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. C-96-CR-84-1
_____

December 4, 1997

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Jesus José Escobar and Manuel Guerra appeal from their drug conspiracy convictions. The appellants argue that they were denied their rights to due process by the government's use of false evidence, that the district court abused its discretion by refusing Escobar's requested jury instruction regarding withdrawal from the conspiracy, and that the district court abused its discretion by allowing testimony on cross-examination that exceeded the scope of

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

direct examination.   We have reviewed the record and find no reversible error.  Accordingly, the judgments of the district court are

A F F I R M E D.